# MINUTE ORDER

Page 6

## Magistrate Judge Chris M. McAliley

Atkins Building Courthouse - 6th Floor     Date: 7/31/15     Time: 1:30 p.m.

Defendant: 1) Matthew Valdes Perez    J#: 08310-104    Case #: 15-2990-MCALILEY SEALED (Perm)
AUSA: A. Lacosta *released*    Attorney: Richard Diaz Esq.
Violation: EXTORTION
Surr/Arrest Date: 7/31/2015    YOB: 1985

Proceeding: Initial Appearance     CJA Appt: ___

Bond/PTD Held: ☐ Yes ☒ No     Recommended Bond: ___
Bond Set at: ___     Co-signed by: ___

- ☒ Surrender and/or do not obtain passports/travel docs
- ☒ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
- ☒ Treatment as deemed necessary
- ☒ Refrain from excessive use of alcohol / *or controlled subs. unless a dr. approves.*
- ☐ Participate in mental health assessment & treatment
- ☒ Maintain or seek full-time employment/education
- ☒ No contact with victims/witnesses, except through counsel
- ☒ No firearms
- ☐ Not to encumber property
- ☒ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ___
- ☐ Other: ___

Language: ___

Disposition: Deft. advised. (agreed) $250,000 PSB - co-signed by family member - mother.

Per AUSA - case - unsealed

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:
Report RE Counsel: ___
PTD/Bond Hearing: ___
Prelim/Arraign or Removal: 8/21/15 10 Am
Status Conference RE: ___
D.A.R. 14:08:28     Time in Court: ___

s/Chris M. McAliley      Magistrate Judge